UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

  Plaintiff,

v.              Case No. 17-CR-50

STEVEN G. O'CONNELL, PETER J. MARK,
CHRISTY L. MCNAMEE, GREDE, LLC and
GREDE II, LLC (aka GREDE WISCONSIN
SUBSIDIARIES, LLC),

  Defendants.

## SCHEDULING ORDER

  The Court having conducted a telephonic hearing on April 12, 2017, with counsel for all parties participating, **IT NOW IS ORDERED**, consistent with the transcript of that hearing, that:

1. The Court DENIES the defendants' motion to transfer this case to the Milwaukee Division, but does not rule now on the location of the trial or the area from which the Court will draw a jury. The parties should anticipate that the trial may occur in the Milwaukee Division, with a jury drawn from that division, but the Court reserves a final decision on those issues;

2. The Court ORDERS the United States to comply with the following deadlines, absent a showing of good cause:

    A. All discoverable materials shall be disclosed to defense counsel within 14 days of April 12, 2017, absent a showing by the government that it was not in possession of undisclosed discoverable materials until after that date and could not, in the exercise of reasonable diligence, have been in possession of undisclosed discoverable materials by April 26, 2017;

    B. Names of all anticipated government witnesses, in its case-in-chief, shall be disclosed to defense counsel within 14 days of April 12, 2017, again absent a showing by the government that it was not in possession of undisclosed witness names until after that date and could not, in the exercise of reasonable diligence, have been in possession of undisclosed witness names by April 26, 2017; and

C. All government exhibits in its case-in-chief shall be disclosed to defense counsel, or described reasonably to defense counsel, within 30 days of April 12, 2017, once more absent a showing by the government that it was not in possession of undisclosed exhibits until after that date and could not, in the exercise of reasonable diligence, have been in possession of undisclosed exhibits by April 26, 2017.

D. The government shall point out to defense counsel the most important information within the discovery at any time upon the request of defense counsel, to the extent the government disclosure of the exhibit list does not accomplish this purpose.

3. The Court DENIES the government's motion to designate this a complex case under Criminal Local Rule 12(a)(1) (E.D. Wis.), but WITHOUT PREJUDICE to the right of any party to revisit that issue after the government discloses all discoverable materials, witness names, and exhibits pursuant to paragraph 2 of this Order.

Dated in Green Bay, Wisconsin, this 18th day of April, 2017.

BY THE COURT:

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court.