| UNITED STATES OF AMERICA v. GREDE, LLC, ET AL. | | | | | EXHIBIT LIST<br><br>Case Number: 17-CR-50 |

| Presiding Judge **HONORABLE WILLIAM C. GRIESBACH** | Plaintiff's Attorneys **DANIEL HUMBLE, KEITH ALEXANDER, AUSAs; JAMES CHA, SAUSA** | Defendants' Attorneys **DAVID SIMON, LINDA BENFIELD, JOHN TURLAIS, AMANDA BEGGS, MICHAEL FITZGERALD, STEPHEN HURLEY, DEAN STRANG** |
|---|---|---|
| Trial Date(s) **June 5, 2017** | Court Reporter | Courtroom Deputy |

| Plf. No. | Def. No. | Date Offered | Marked/ Admitted | Witness | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Firebrick Engineers Co. Quote (October 2011) |
| 2 | | | | | GRP Mechanical, Inc., Quote (September 2011) |
| 3 | | | | | Wayde Schwarz Email (Oct. 14, 2011) |
| 4 | | | | | Table of Heat Treat Oven Project Costs |
| 5 | | | | | Notes – Heat Treat Oven Scope of Work |
| 6 | | | | | Photograph of Heat Treat Oven |
| 7 | | | | | Photograph of Super Sucker Vacuum |
| 8 | | | | | Photograph of Asbestos-Containing Material |
| 9 | | | | | Written Statements, Other Records, of David Stewart |
| 10 | | | | | Christy McNamee Email to Donald Alcorn, re: injuries (Dec. 28, 2011) |
| 11 | | | | | Mark Dugenske Email to Christy McNamee, re: Super Sucker and Heat Treat Oven (1/11/2012) |
| 12 | | | | | Christy McNamee Email to Mark Dugenske, re: policy to wear respirators (1/11/2012) |
| 13 | | | | | Christy McNamee Email to Mark Dugenske, re: testing of material on Heat Treat Oven (1/11/2012) |
| 14 | | | | | Peter Mark Email re: OSHA visit (1/19/2012) |
| 15 | | | | | Peter Mark Memorandum re: OSHA Visit to Berlin (January 19, 2012) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | | | | | | Peter Mark Email to Larry Foreman, re: "undetectable" results, instruction to post results (1/27/2012) |
| 17 | | | | | | Posting Certification, January 28, 2012 |
| 18 | | | | | | Peter Mark Email re: talk with union steward (2/19/2012) |
| 19 | | | | | | Heat Treat Oven Total Action Item List (1/23/2012) |
| 20 | | | | | | PLM Analytical Report, American Air Environmental Services, Inc. (2/20/2012) |
| 21 | | | | | | Peter Mark Email to Larry Foreman, re: Asbestos Testing at Berlin, Results (2/24/2012) |
| 22 | | | | | | Larry Foreman Email to Peter Mark, re: Asbestos Testing at Berlin (2/24/2012) |
| 23 | | | | | | Peter Mark Email to Larry Foreman, re: Asbestos Testing at Berlin (2/24/2012) |
| 24 | | | | | | Peter Mark Email to Larry Foreman, re: Off the record comment on Berlin asbestos concerns (2/25/2012) |
| 25 | | | | | | Anonymous Letter to Christy McNamee, re: asbestos |
| 26 | | | | | | Anonymous Summary of Asbestos Issues at Grede Berlin Foundry |
| 27 | | | | | | OSHA Inspection Reports (Jan. & Feb. 2012) |
| 28 | | | | | | Asbestos Awareness Training modules, presentations sent to Peter Mark in February 2012 (Group Exhibit) |
| 29 | | | | | | Jessica Fournier Email transmitting Asbestos Laboratory Analysis Report (2/27/2012) |
| 30 | | | | | | Analytical Laboratory Report, Wisconsin Occupational Health Laboratory (Feb. 22, 2012) |
| 31 | | | | | | Christy McNamee Email to Steve O'Connell, re: "Sorry we found asbestos" (2/24/2012) |
| 32 | | | | | | Christy McNamee Email to Steve O'Connell, forwarding Email from Peter Mark re: Asbestos Testing at Berlin (2/24/2012) |
| 33 | | | | | | Christy McNamee Email to Steve O'Connell, forwarding Jessica Fournier Email with Asbestos Testing Results (2/27/2012) |
| 34 | | | | | | Analytical Laboratory Report, Wisconsin Occupational Health Laboratory (Feb. 22, 2012) |
| 35 | | | | | | Peter Mark Email re: Asbestos Program for Grede- Berlin (2/27/2012) |
| 36 | | | | | | Asbestos Survey & Assessment Report, Grede Reedsburg facility (April 20, 2000) |
| 37 | | | | | | P. Mark Email re: Asbestos program for Grede-Berlin (2/28/2012) |
| 38 | | | | | | Larry Foreman Email replying to P. Mark Email re: Asbestos program for Grede-Berlin (2/28/2012) |
| 39 | | | | | | Asbestos Awareness Training document |
| 40 | | | | | | C. McNamee Email re: Asbestos Awareness Training (2/28/2012) |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | | | | | | Asbestos Awareness Training document (attached to C. McNamee's Email dated 2/28/2012) |
| 42 | | | | | | Don Alcorn Email re: completing training (2/28/2012) |
| 43 | | | | | | Asbestos Awareness Training Records |
| 44 | | | | | | Asbestos Awareness Training module for Grede New Castle facility |
| 45 | | | | | | Janine Wright Email transmitting "Asbestos Remediation in Berlin, 2012" Power Point (2/28/2012) |
| 46 | | | | | | "Asbestos Remediation in Berlin, 2012" Power Point |
| 47 | | | | | | "Asbestos Remediation in Berlin" Power Point |
| 48 | | | | | | "Asbestos Remediation in Berlin, 2012" Power Point |
| 49 | | | | | | P. Mark Email re: Asbestos Training (2/28/2012) |
| 50 | | | | | | Asbestos Awareness Training document attached to P. Mark's 2/28/2012 Email |
| 51 | | | | | | John Rader Email re: Asbestos Meetings (3/05/2012) |
| 52 | | | | | | Asbestos Meeting Schedule (attached to John Rader's 3/05/2012 Email re: Asbestos Meetings |
| 53 | | | | | | P. Mark Email replying to John Rader Email re: "draft 3 of asbestos training" (2/28/2012) |
| 54 | | | | | | P. Mark Email replying to John Rader Email re: "draft 4 of asbestos training" (2/28/2012) |
| 55 | | | | | | P. Mark Email to Wayde Schwarz re: Eagle Environmental (3/07/2012) |
| 56 | | | | | | Records of April 2012 Sample Analysis, American Air Environmental Services, Inc. |
| 57 | | | | | | Email from P. Mark transmitting April 2012 PLM Analytical Report (by American Air Environmental Services) to Mike Mikelonis |
| 58 | | | | | | PLM Analytical Report (by American Air Environmental Services) with April 2012 Asbestos Analysis Results |
| 59 | | | | | | Record of Christy McNamee "Change of Address" – 320 Madison Ave., Omro, WI |
| 60 | | | | | | Advanced Asbestos Removal Email to C. McNamee (5/17/2012) |
| 61 | | | | | | QuanTEM Laboratories Polarized Light Microscopy Analysis Report (5/17/2012), attached to Email from Advanced Asbestos Removal to C. McNamee |
| 62 | | | | | | Advanced Asbestos Removal Sampling Report (5/16/2012) |
| 63 | | | | | | Advanced Asbestos Removal Quote (5/17/2012) |
| 64 | | | | | | Undated Draft Letter to OSHA and WDNR |
| 65 | | | | | | "Grede Berlin Asbestos Contaminated Material (ACM) Summary" |

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | | | | | | "Original Full Summary from Peter Mark – Grede EHS Director" |
| 67 | | | | | | C. McNamee Email to Bill Goodwin transmitting Hotline Report (5/16/2012) |
| 68 | | | | | | Hotline Call Letter from C. McNamee |
| 69 | | | | | | P. Mark Email to Phillip Gray re: "draft asbestos program for Grede-Berlin" (5/10/2012) |
| 70 | | | | | | P. Mark Email to Phillip Gray re: "draft asbestos program for Grede-Berlin" (5/10/2012) "Attempt # 2" |
| 71 | | | | | | Grede-Berlin Asbestos Program |
| 72 | | | | | | Grede-Berlin Asbestos Awareness Training Program |
| 73 | | | | | | P. Mark Email to C. McNamee transmitting Asbestos Medical Questions (6/11/2012) |
| 74 | | | | | | Grede-Berlin Medical Questionnaire for Asbestos Exposure |
| 75 | | | | | | Grede-Berlin Asbestos Awareness Training Program |
| 76 | | | | | | P. Mark Email to C. McNamee transmitting Asbestos Medical Questions (6/11/2012) "Attempt # 2" |
| 77 | | | | | | Grede-Berlin Medical Questionnaire for Asbestos Exposure |
| 78 | | | | | | Grede-Berlin Asbestos Examination Policy |
| 79 | | | | | | Email from Sharon Reyes, OSHA, to C. McNamee, re: Grede air sample (6/13/2012) |
| 80 | | | | | | 2/17/12 Asbestos Results for Heat Treat Oven Area |
| 81 | | | | | | Email (2nd) from Sharon Reyes, OSHA, to C. McNamee, re: Grede air sample (6/13/2012) |
| 82 | | | | | | Emails btwn. C. McNamee and P. Mark re: OSHA Citation (June 2012) |
| 83 | | | | | | C. McNamee Email Transmitting Copy of OSHA Citation (6/18/2012) |
| 84 | | | | | | OSHA Citation, Expedited Settlement Offer, Notice of Penalty (6/13/2012) |
| 85 | | | | | | Christy McNamee Email transmitting draft letter to OSHA (6/26/2012), Letter and attachments |
| 86 | | | | | | Christy McNamee Email transmitting "final" version of letter to OSHA (6/27/2012), Letter and attachments |
| 87 | | | | | | Email from P. Mark to C.McNamee re: changes to letter to OSHA (6/27/2012) |
| 88 | | | | | | Letter to OSHA, revised by P. Mark (with attachments) |
| 89 | | | | | | Email from C. McNamee to P. Mark, re: mailing letter to OSHA, posting letter (6/28/2012) |
| 90 | | | | | | Email from P. Mark to Mike Mikelonis, et al, re: OSHA Citation (6/24/2012) |
| 91 | | | | | | Email from Mike Mikelonis to P. Mark re: OSHA Citation (6/25/2012) |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 92 | | | | | | Email from P. Mark to C. McNamee, J. Wright, re: draft of letter to asbestos-exposed employees (6/15/2012) |
| 93 | | | | | | Draft Letter re: Asbestos Exposure (attached to 6/15/2012 Email from P. Mark) |
| 94 | | | | | | P. Mark Email to Mike Mikelonis, re: settlement of OSHA citation (6/26/2012) |
| 95 | | | | | | C. McNamee Email to P. Mark, re: Abetment [*sic*] Letter for Asbestos (6/28/2012) |
| 96 | | | | | | Letter to OSHA (dated June 26, 2012), with attachments |
| 97 | | | | | | C. McNamee Email to P. Mark re: Respirator Awareness Training (9/26/2011) |
| 98 | | | | | | Respirator Training Document |
| 99 | | | | | | Respirator Usage Training Document |
| 100 | | | | | | Grede Holding LLC, Information for Voluntary Respirator Use Documentation |
| 101 | | | | | | C. McNamee Email re: Job Safety Analysis Procedure (1/23/2012) |
| 102 | | | | | | C. McNamee Emails to P. Mark and S. O'Connell, re: Supervisor procedure for writing job safety procedures (1/19/2012) |
| 103 | | | | | | Document entitled, "Supervisor procedure for writing job safety procedures" |
| 104 | | | | | | Grede-Berlin Safety Manual, Respiratory Protection |
| 105 | | | | | | C. McNamee Email to M. Bryan, re: Asbestos Abatement Forms (7/02/2012) |
| 106 | | | | | | Certification of Corrective Action document |
| 107 | | | | | | OSHA Expedited Informal Settlement Agreement (signed 7/03/2012) |
| 108 | | | | | | Email from Peter Mark re: "wall to wall" asbestos review (6/26/2012) |
| 109 | | | | | | Grede II, LLC, Purchase Orders for work on Heat Treat Oven |
| 110 | | | | | | Grede II, LLC, Purchase Orders for work on Heat Treat Oven |
| 111 | | | | | | Grede Letter to David Stewart re: Asbestos Exposure |
| 112 | | | | | | Professional Coating Technologies Invoices |
| 113 | | | | | | Grede Letter to C. McNamee re: Termination of Employment (July 27, 2012) |
| 114 | | | | | | Grede Hiring Letter to Mitchell Kidd (October 6, 2011) |
| 115 | | | | | | P. Mark Notes of Interviews of Grede Employees re: work on Heat Treat Oven |
| 116 | | | | | | Email and proposal from Fire Brick Engineers, Inc., to Grede (October 4, 2011) |
| 117 | | | | | | Robinson Bros. Asbestos Removal Work Records |

| # | | | | | | Description |
|---|---|---|---|---|---|---|
| 118 | | | | | | NEIC Laboratory Report (July 2015) |
| 119 | | | | | | NEIC Memorandum Report (May 2016) |
| 120 | | | | | | NEIC Laboratory Results and Photographs (February 2016) |
| 121 | | | | | | OSHA Penalty Calculation Worksheets, OSHA |
| 122 | | | | | | Letter signed by Allan "Brooks" Arruda (dated 1/12/2012) |
| 123 | | | | | | NEIC Photograph of Locked Container with Samples (May 2015) |
| 124 | | | | | | NEIC Photograph of Sample (May 2015) |
| 125 | | | | | | NEIC Photograph of Locked Container with Sample (December 2015) |
| 126 | | | | | | NEIC Photograph of Sample in Sealed Bag (December 2015) |
| 127 | | | | | | NEIC Photograph of Sample (December 2015) |
| 128 | | | | | | Photographs by NEIC, from EPA Search of Grede Foundry (December 2015) |
| 129 | | | | | | Peter Mark Application for Employment |
| 130 | | | | | | 2012 Grede Annual Management Encouragement (GAME) Plan Award to Peter Mark |
| 131 | | | | | | Grede II, LLC, Corporate Record |
| 132 | | | | | | Grede, LLC, Corporate Record |
| 133 | | | | | | Grede II, LLC, Corporate Record |
| 134 | | | | | | Grede, LLC, Corporate Record |
| 135 | | | | | | Corporate Record, Grede Wisconsin Subsidiaries |
| 136 | | | | | | Excerpts from U.S. Dept. of Labor Deposition of Peter Mark, January 30, 2015 |
| 137 | | | | | | Corporate Records, Grede, LLC, and Grede II, LLC, from Wisconsin Dept. of Financial Services (Group Exhibit) |
| 138 | | | | | | Photographs of Grede Foundry, EPA-CID (April 2017) |
| 139 | | | | | | Table of Results of PLM Analysis by NEIC (Demonstrative Exhibit) |
| 140 | | | | | | Laboratory Records from American Air Environmental Services, April and May 2012 |
| 141 | | | | | | Microscope Slide View of Asbestos Sample |
| 142 | | | | | | WDNR Inspection Reports, Reports of Conversations (2012) |
| 143 | | | | | | Records from Personnel Files of Peter Mark, from Grede |
| 144 | | | | | | Physical Sample of Asbestos-Containing Material (rec'd. by U.S. EPA May 2015) |
| 145 | | | | | | Physical Sample of Asbestos-Containing Material (rec'd. by U.S. EPA May 2015) |
| 146 | | | | | | Physical Sample of Asbestos-Containing Material (rec'd. by U.S. EPA May 2015) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 147 | | | | | | Physical Sample of Asbestos-Containing Material (rec'd. by U.S. EPA December 2015) |
| 148 | | | | | | American Air Environmental Services, PLM Analytical Report (2/24/2012) |
| 149 | | | | | | Email from Mark Dugenske to Christy McNamee re: Testing of sample (January 17, 2012) |
| 150 | | | | | | Email from Wayde Schwarz to Christy McNamee re: Furnace samples (January 17, 2012) |
| 151 | | | | | | D. Stewart Photographs |
| 152 | | | | | | Grand Jury Subpoena (2013) |
| 153 | | | | | | Grand Jury Subpoena (2016) |
| 154 | | | | | | Grand Jury Subpoena Response (2013) (Group Exhibit) |
| 155 | | | | | | Grand Jury Subpoena Response (2015) (Group Exhibit) |
| 156 | | | | | | Letter from Foley & Lardner, Appendix, re: P. Mark Documents (February 22, 2017) |
| 157 | | | | | | Emails re: Drawings of Heat Treat Oven (November 2011) |
| 158 | | | | | | Diagram of Heat Treat Oven |
| 159 | | | | | | Email from C. McNamee to M. Mikelonis and J. Rader, re: Final letter to OSHA (June 28, 2012) |
| 160 | | | | | | Final letter to OSHA, with attachments (attached to C. McNamee's June 28, 2012, email) |
| 161 | | | | | | C. McNamee Email re: Plant Asbestos Review (June 28, 2012) |
| 162 | | | | | | C. McNamee Email to P. Mark, re: Abatement Certification Forms (July 2, 2012) |
| 163 | | | | | | Certification of Corrective Action (attached to C. McNamee's July 2, 2012, Email) |
| 164 | | | | | | NEIC Memorandum dated February 9, 2016, entitled "Summary of NEIC Technical Coordinator (NTC) Field Activities, Grede Foundry, Berlin, Wisconsin" |
| | | | | | | |