UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                      Case No. 17-CR-50

STEVEN G. O'CONNELL.

    Defendant.

## ORDER

Defendant Steven O'Connell is charged in an Indictment with Conspiracy to Defraud the United States in connection with removal of asbestos where O'Connell was Operations and Plant Manager. The Indictment alleges, as an overt act, that O'Connell instructed an employee or employees not to disclose that asbestos had been found in samples obtained during a remodeling or expansion project. The government states that the statement was given during testimony by an employee before the Grand Jury. Counsel for O'Connell has requested disclosure of the witness and the context and statement at issue. The government agrees that, in order to prepare for trial and to be able to adequately defend himself, counsel for the defendant is entitled to such information.

Based upon the foregoing, and pursuant to Rule 6 of the Federal Rules of Criminal Procedure, the government is hereby authorized to disclose to counsel for the defendant the identity of the witness who testified and that portion of the transcript necessary in order to allow the defendant to prepare a defense and to fully understand the charges against him.

SO ORDERED this   5th   day of June, 2017.

                                                  s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court